PEOPLE OF THE STATE OF NEW YORK ex rel. THE LONG ISLAND
   RAILROAD COMPANY, Appellant, *v.* THE BOARD OF RAIL-
   ROAD COMMISSIONERS OF THE STATE OF NEW YORK et al.,
   Respondents.

*People ex rel. L. I. R. R. Co.* v. *R. R. Comrs.*, 42 App. Div. 366, appeal
dismissed.
   (Argued October 3, 1899; decided October 17, 1899.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
August 2, 1899, dismissing a writ of certiorari issued to the
respondents to review their action in granting a certificate
under section 59 of the Railroad Law

*William J. Kelly* for appellant.

*Francis G. Kimball* and *Frank H. Platt* for respondents.

Appeal dismissed, with costs, on authority of *People ex rel.
Coler* v. *Lord* (157 N. Y. 408).
   All concur, except O'BRIEN, J., not voting.